IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:  }
                   }  Case No. 10-31801
Johnny Mack Mosley }
Patrica Mosley     }  Chapter 13
                   }
**Debtor(s)**      }

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

### Objection to Claim No. 4
### Of Creditor HFC

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number #4 of HFC and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on July 7, 2010.

2. HFC filed a claim for $67,152.49 which included an arreage claim for $788.97.

3. The Debtors were not in arrears at the time of filing and the claim is improper as the arrearage claim should not be included in the full balance claim.

WHEREFORE premises considered, the Debtor moves this Court to disallow Claim No. 4 in partial and reclassify it to only include the full balance of $67,152.49.

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day August 13, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

HFC
PO Box 829009
Dallas, TX 75382-9009