IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 10-31801-DHW |
| Mosley, Johnny Mack<br>Mosley, Patricia | CHAPTER: 13 |
| Debtor(s) | |
| Soc.Sec.No(s).: xxx-xx-0392<br>xxx-xx-8852 | |

## RESPONSE TO DEBTORS' OBJECTION TO CLAIM 4 OF HOUSEHOLD FINANCE CORPORATION

Comes now HOUSEHOLD FINANCIAL SERVICES, INC., its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and hereby requests this Honorable Court overrule the Debtors' objection to its claim on the following asserted grounds

1. The Creditor holds a mortgage lien on the property commonly referred to as 89 Smith Way, Greenville, AL 36037, and more fully described in the mortgage and note.

2. The Debtors objection to the Creditors claim on the basis that they were not in arrears at the time of filing.

3. The Creditor maintains that part of the June 2010 payment and the July 2010 were due at the time of filing.

4. A pre-petition pay history will be provided to the Debtors' attorney.

5. The Creditor requests a hearing on this matter.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor respectfully requests this Honorable Court enter an order overruling the Trustee's Objection to Claim and for such other an additional relief as this Honorable Court deems

Case 10-31801   Doc 22   Filed 09/15/10   Entered 09/15/10 16:43:40   Desc Main
Document   Page 1 of 2

appropriate. Further, the Creditor requests that fees for handling this objection be allowed by this Court.

Respectfully submitted,

*Enslen J. Crowe*
Enslen Crowe (CRO 098)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
(205) 918-5013/ fax 205-930-5101
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing Response to Debtors' Objection to Claim was mailed, first class postage prepaid or served via electronic case management to:

| Richard D. Shinbaum | Johnny Mack Mosley | Curtis C. Reding |
| --- | --- | --- |
| P.O. Box 201 | Patricia Mosley | P.O. Box 173 |
| Montgomery, AL 36101 | 89 Smith Way | Montgomery, AL 36101 |
| | Greenville, AL 36037 | |

On this the 15th day of Sept., 2010.

*Enslen J. Crowe*
OF COUNSEL